# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| CORNELIUS WATERS | Case No.   6:13CR60028-001 |
| | USM No.   11442-010 |
| | Anna Williams |
| | Defendant's Attorney |

**THE DEFENDANT:**

X    admitted the following violation(s) of the term of supervision:   Mandatory Conditions, Special Condition No. 2 and Standard Condition No. 6.

☐    was found in violation of the following count(s) after denial of guilt:

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | On 6/22/2015, the offender signed an admission form wherein he admitted to the use of marijuana on or about 6/19/2015. | 6/22/2015 |
| Two | On 11/3/2015, the offender signed an admission form wherein he admitted to the use of cocaine on 10/31/2015. | 11/3/2015 |
| Three | On 1/4/2016, the offender submitted a urine sample which subsequently tested positive for cocaine. | 1/4/2016 |
| Four | On 5/4/2016, the offender signed an admission form wherein he he admitted to the use of marijuana and cocaine on or about 4/28/2016. | 5/4/2016 |

*see page 2 for additional violations*

The defendant is sentenced as provided in pages 2 through    3    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has not violated the following count(s) and is discharged of the following:

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   1125

Defendant's Year of Birth:   1990

City and State of Defendant's Residence:
Arkadelphia, AR 71923

August 26, 2016
Date of Imposition of Judgment

/s/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, United States District Judge
Name and Title of Judge

August 29, 2016
Date

DEFENDANT: CORNELIUS WATERS
CASE NUMBER: 6:13CR60028-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Five | The offender failed to report for urinalysis testing as directed on the following dates: 7/31/2015; 10/2/2015; 3/14/2016; 4/1/2016; and 5/20/2016. | 5/20/2016 |
| Six | On 11/3/2015, the offender was directed to attend outpatient substance abuse treatment at DaySpring, Inc. In Hot Springs, Arkansas; however records obtained from the facility indicate that the offender failed to attend treatment as required on the following dates: 2/1/2016; 4/4/2016; and 3/1/2016. | 3/1/2016 |
| Seven | Offender was fired from his employment on or about 4/16/2016; however he failed to report the loss of job until 4/20/2016. | 4/20/2016 |

DEFENDANT: CORNELIUS WATERS
CASE NUMBER: 6:13CR60028-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : six (6) months.  No term of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    X before 2 p.m. on    10/05/2016    .
    X as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL